393 A.2d 1272

Brady v. Cavalier Consultants, Inc. (et al., Appellant).

Argued April 13, 1978. Sidney Sokolsky, for appellant;  Carl Gainor, for appellee.

Order affirmed.

HESTER, J., dissented.